# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CHARLES W. BELLON, ROBERT E. EAKIN, JUDY GAY BURKE, LOUISE NICHOLS, WILTON G. WALLACE, BERNADOT F. VEILLON, BARBARA BROWN, and ROBERT E. WILLIAMS, on behalf of themselves and others similarly situated, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 5:18-cv-00114<br>)<br>) Chief Judge Gina M. Groh |
| v. | )<br>) CLASS ACTION |
| THE PPG EMPLOYEE LIFE AND OTHER BENEFITS PLAN, PPG INDUSTRIES, INC., and THE PPG PLAN ADMINISTRATOR, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants the PPG Employee Life and Other Benefits Plan, PPG Industries, Inc., and the PPG Plan Administrator (collectively, "PPG") respectfully move for summary judgment pursuant to Federal Rule of Civil Procedure 56.

The bases for PPG's motion are set forth in the contemporaneously filed Memorandum of Law in Support of Their Motion for Summary Judgment and accompanying exhibits.

WHEREFORE, PPG prays that the Court grant summary judgment in its favor on Plaintiffs' remaining claim, dismiss Plaintiffs' Complaint in its entirety, and grant such other relief as the Court deems just and proper.

Dated: August 21, 2023                                                   Respectfully submitted,

                                                                                         THE PPG EMPLOYEE LIFE AND OTHER

BENEFITS PLAN, PPG INDUSTRIES, INC., and THE PPG PLAN ADMINISTRATOR


By: */s/ Kameron Miller*
One of Their Attorneys

Theodore A. Schroeder
Littler Mendelson
625 Liberty Avenue
26th Floor
Pittsburgh, PA  15222-3110
(412) 201-7624 (T)
(412) 774-1959 (F)
tschroeder@littler.com

Kameron Miller (WVSB No. 10774)
Littler Mendelson, P.C.
707 Virginia Street, East
Suite 1010
Charleston, WV 253001
(304) 599-4622 (T)
(304) 881-0871 (F)
kmiller@littler.com

Joseph J. Torres (*admitted pro hac vice*)
Alexis E. Bates (*admitted pro hac vice*)
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654-3456
(312) 840-8685 (T)
(312) 527-0484 (F)
jtorres@jenner.com
abates@jenner.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| CHARLES W. BELLON, ROBERT E. EAKIN, JUDY GAY BURKE, LOUISE NICHOLS, WILTON G. WALLACE, BERNADOT F. VEILLON, BARBARA BROWN, and ROBERT E. WILLIAMS, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE PPG EMPLOYEE LIFE AND OTHER BENEFITS PLAN, PPG INDUSTRIES, INC., and the PPG PLAN ADMINISTRATOR, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) No. 5:18-CV-114 ) ) CLASS ACTION ) ) ) ) ) ) |

## **CERTIFICATE OF SERVICE**

I, Kameron Miller, hereby certify that on August 21, 2023, I electronically filed the foregoing Defendants' Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

James T. Carney
James T. Carney, Esq.
845 Northridge Drive
Pittsburgh, PA 15216
(412) 657-0992
jtcarney10@comcast.net

John Stember
Stember Cohn & Davidson-Welling, LLC
The Hartley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA 15219
(412) 338-1445
Fax: (412) 338-1446
jstember@stembercohn.com

Maureen Davidson-Welling
Stember Cohn & Davidson-Welling, LLC
The Hartley Rose Building
425 First Avenue, 7th Floor
Pittsburgh, PA 15219
(412) 338-1445
Fax: (412) 338-1446
mdw@stembercohn.com

Stephen G. Skinner
Skinner Law Firm
115 E. Washington Street
Charles Town, WV 25414
(304) 725-7029
sskinner@skinnerfirm.com